B5 (Official Form 5) (12/07)

# United States Bankruptcy Court
## Southern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names) |
|---|---|
| **SIGNATURE APPAREL GROUP LLC** | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (if more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| **1370 Broadway 6th floor**<br>**New York, New York** | c/o THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON, DE |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **NEW YORK** | |
| ZIP CODE **10018** | ZIP CODE **19801** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**New York**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☑ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check **one** box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### VENUE
☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)
☑ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS (Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ [signature] President
(Signature of Petitioner or Representative) (State title)

Du S. Song                September 3, 2009
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

David Song
Hitch & Trail, Inc.
1270 BROADWAY, SUITE 505
New York, New York 10001

x /s/ Michael S. Fox        September 3, 2009
Signature of Attorney       Date

Olshan Grundman Frome Rosenzweig & Wolosky, LLP
Name of Attorney Firm (If any)

Park Avenue Tower
65 East 55th Street
New York, New York 10022
Address

212.451.2300
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Du S. Song<br>Hitch & Trail, Inc.<br>1270 BROADWAY, SUITE 505<br>New York, New York 10001 |  | $3,556,793.18 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

$ 3,556,793.18

0 Continuation sheets attached

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_HITCH & TRAIL, INC_----------------x

In re:

SIGNATURE APPAREL GROUP LLC,

Chapter 7

Case No.

Debtor.
----------------------------------------x

## STATEMENT IN SUPPORT OF INVOLUNTARY PETITION

_DU S. SONG_, being duly sworn, deposes and says:

1. I am the _PRESIDENT_ of _HITCH & TRAIL, INC_. I submit this Statement to become a Petitioning Creditor of Signature Apparel Group LLC.

2. I make this statement as a consequence of the debt owed by Signature Apparel Group LLC and to name Olshan Grundman, to act as my attorneys-in-fact for the filing of Involuntary Petition under Chapter 7 of the U.S. Bankruptcy Code.

3. My company is owed the undisputed, bona fide, and liquidated amount of $_3,556,793.18_, which debt is past due.

_DU S. SONG_
Name

796924-1

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor **SIGNATURE APPAREL GROUP LLC**

Case No. 09-

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Lam    Director<br>Signature of Petitioner or Representative (State title)<br><br>Michael Lam      September 3, 2009<br>Name of Petitioner      Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Talful Ltd.<br>8/F, GOLD KING IND., BLDG,<br>35-41 TAI LIN PAI ROAD<br>KWAI CHUNG, N.T.<br>**HONG KONG** | x /s/ Michael S. Fox      September 3, 2009<br>Signature of Attorney      Date<br><br>Olshan Grundman Frome Rosenzweig & Wolosky LLP<br>Name of Attorney Firm (If any)<br><br>**Park Avenue Tower**<br>**65 East 55th Avenue**<br>**New York, New York 10022**<br>Address<br><br>212.451.2300<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Talful, Ltd.<br>8/F, GOLD KING IND., BLDG<br>35-41 TAI LIN PAI ROAD<br>KWAI CHUNG, N.T., HONG KONG | | 4,757,078.62 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

$ 4,757,078.62

0 Continuation sheets attached

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:   TALFUL LTD

SIGNATURE APPAREL GROUP LLC,

Chapter 7

Case No.

Debtor.
------------------------------------------------------------x

## STATEMENT IN SUPPORT OF INVOLUNTARY PETITION

MICHAEL LAM, being duly sworn, deposes and says:

1. I am the DIRECTOR of TALFUL LTD. I submit this Statement to become a Petitioning Creditor of Signature Apparel Group LLC.

2. I make this statement as a consequence of the debt owed by Signature Apparel Group LLC and to name Olshan Grundman, to act as my attorneys-in-fact for the filing of Involuntary Petition under Chapter 7 of the U.S. Bankruptcy Code.

3. My company is owed the undisputed, bona fide, and liquidated amount of US $4,757,078.63, which debt is past due.

MICHAEL LAM
Name

6

796924-1

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ [signature]     Director | x /s/ Michael S. Fox        September 3, 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| **Gao Yuan**           September 3, 2009 | Olshan Grundman Frome Rosenzweig & Wolosky, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Harvestway (China) Limited  Lippo Sun Plaza  28 Canton Road  Tsim Sha Tsui, Kowloon  **Hong Kong** | Park Avenue Tower  65 East 55th Street  New York, New York 10022  Address  212.451.2300  Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Harvestway (China) Limited**  **Lippo Sun Plaza**  **28 Canton Road**  **Tsim Sha Tsui, Kowloon**  **Hong Kong** | | 6,465,464.50 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  $ 6,465,464.50 |

0 Continuation sheets attached

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
In re:

SIGNATURE APPAREL GROUP LLC,

                 Debtor
-------------------------------------------------x

Chapter 7

Case No.

## STATEMENT IN SUPPORT OF INVOLUNTARY PETITION

___Gao Yuan_____, being duly sworn, deposes and says:

      1. I am the ___Director___ of ___Harvestway (China) Limited___. I submit this Statement to become a Petitioning Creditor of Signature Apparel Group LLC.

      2. I make this statement as a consequence of the debt owed by Signature Apparel Group LLC and to name Olshan Grundman, to act as my attorneys-in-fact for the filing of Involuntary Petition under Chapter 7 of the U.S. Bankruptcy Code.

      3. My company is owed the undisputed, bona fide, and liquidated amount of **USD7,465,464.50**_____, which debt is past due.

_____
Name: Gao Yuan    0 2 SEP 2009

796924-1