B 250E
(6/91)

# United States Bankruptcy Court
_____ District Of _____

In re  _____
        Debtor

Case No. _____

Chapter _____

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

    A petition under title 11, United States Code was filed against you on _____
                                                                                                                                  (date)
in this bankruptcy court, requesting an order for relief under chapter _____ of the Bankruptcy Code

(title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons.  A copy of the petition is attached.

> Address of Clerk

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

> Name and Address of Petitioner's Attorney

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____
Clerk of the Bankruptcy Court

_____      By:_____
    Date                                                                  Deputy Clerk

_____
*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R .Bankr. P. 1005).