OLSHAN GRUNDMAN FROME
  ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022-1106
(212) 451-2300

Michael S. Fox

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SIGNATURE APPAREL GROUP, LLC,<br><br>            Debtor. | Chapter 7<br>Case No. 09-15378-JMP |

## CERTIFICATE OF SERVICE

I, Suhailah S. Sallie, am not party to this action and am over the age of 18, and certify under penalty of perjury that on September 8, 2009, caused true copies of the ***Summons and Involuntary Petition*** to be served by (i) Federal Express (ii) Certified Mail and First Class Mail service upon *Signature Apparel Group LLC*, at 1370 Broadway, 6th Floor, New York, New York 10018.

                                                  */s/ Suhailah S. Sallie*
                                                  Suhailah S. Sallie

801396-1