RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (N.J. Bar No. JS-5525)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
P.O. Box 1981
Morristown, New Jersey 07962-1981
(973) 538-0800
-and-
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

Attorneys for Involuntary Debtor, Signature Apparel Group, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| SIGNATURE APPAREL GROUP, LLC, | Case No. 09-15378 (JMP) |
| Involuntary Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Kevin J. Larner (the "Movant"), an associate with the firm of Riker Danzig Scherer Hyland & Perretti, LLP ("Riker), a member in good standing of the bar of the State of New York and member in good standing of the bar of this Court, hereby moves for the admission Joseph L. Schwartz to practice and appear *pro hac vice* before this Court in the above-captioned matter. In support thereof, the Movant respectfully states as follows:

1. Joseph L. Schwartz is a partner with Riker and is a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey.

2. Mr. Schwartz's contact information is as follows:.

| | |
|---|---|
| Mailing Address: | Joseph L. Schwartz, Esq. |
| | Riker Danzig Scherer Hyland & Perretti LLP |
| | Headquarters Plaza |
| | One Speedwell Avenue |
| | Morristown, New Jersey 07962 |
| Telephone Number: | (973) 538-0800 |
| Email Address: | jschwartz@riker.com |

3. The filing fee of $25.00 is being submitted with this motion for *pro hac vice* admission.

WHEREFORE, the Movant respectfully requests that the Court grant the admission, *pro hac vice,* of Joseph L. Schwartz, Esq. in this bankruptcy case.

Dated: September 25, 2009
Morristown, New Jersey

           By: /s/ Kevin J. Larner
             Kevin J. Larner
             RIKER DANZIG SCHERER HYLAND
              & PERRETTI LLP
             Headquarters Plaza
             One Speedwell Avenue
             Morristown, New Jersey 07962
             Telephone: (973) 538-0800
             Facsimile: (973) 538-1984

3983539.1