**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 7 |
|---|---|
| SIGNATURE APPAREL GROUP, LLC, | Case No. 09-15378 (JMP) |
| Involuntary Debtor. | |

**ORDER TO SHOW CAUSE AND NOTICE SCHEDULING A HEARING ON THE DEBTOR'S EMERGENCY MOTION MODIFYING AUTOMATIC STAY TO PERMIT DEBTOR TO FACTOR ACCOUNTS RECEIVABLE AND OBTAIN POST-PETITION FINANCING FROM CIT GROUP/COMMERCIAL SERVICES, INC. FOR PAYMENT OF CRITICAL INVOLUNTARY GAP PERIOD EXPENSES**

Upon the motion (the "Motion"), dated September 25, 2009, of the involuntary debtor, Signature Apparel Group, LLC (the "Debtor") seeking an Order modifying the automatic stay to permit the Debtor to factor its accounts receivable and obtain post-petition financing from CIT Group/Commercial Services, Inc. ("CIT") for payment of critical involuntary gap period expenses (the "Motion"); and upon the Declaration of Joseph L. Schwartz attesting the necessity for relief by this Order to Show Cause; and after due deliberation and sufficient cause appearing therefore; it is:

**ORDERED** that a hearing (the "Hearing") to consider the Motion and the relief requested therein shall be held before the Honorable James M. Peck, U.S.B.J. at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, NY 10004-1408, Courtroom 601 on **October 1, 2009 at 10:00 a.m.** (prevailing Eastern time) or as soon thereafter as counsel may be hearing; and it is further

**ORDERED** that on or before **September 29, 2009 at 5:00 p.m.** the Debtor shall serve the Motion, proposed order on the Motion, a copy of this Order to Show Cause by

fax and electronic mail upon (i) counsel to CIT; (ii) counsel to the Petitioning Creditors; (iii) the United States Trustee and (iv) any other party that has filed a notice of appearance in this case, and it is further

**ORDERED** that responses and objections, if any, to the Motion and the relief requested therein must be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure for the Southern District of New York, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242, and shall be served upon (a) counsel to the Debtor, Riker, Danzig, Scherer, Hyland & Perretti LLP, One Speedwell Avenue, Morristown, New Jersey 07962-1981, Attn.: Joseph L. Schwartz, Esq. (jschwartz@riker.com), (b) counsel to CIT, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Joshua Divack (JDivack@hahnhessen.com) so as to be actually **received on or before September 30, 2009 at 5:00 p.m.** (prevailing Eastern Time).

Dated: New York, New York
September 29, 2009

                                       *s/ James M. Peck*
                                       UNITED STATES BANKRUPTCY JUDGE