UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| SIGNATURE APPAREL GROUP, LLC, | Case No. 09-15378 (JMP) |
| Debtor. | |

**ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE TO A CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 706(a)**

THIS MATTER having been opened to the Court upon the motion, dated November 6, 2009, of the debtor, Signature Apparel Group, LLC (the "Debtor") seeking an Order, pursuant to 11 U.S.C. § 706(a), converting this bankruptcy case to a case under Chapter 11 of the Bankruptcy Code (the "Motion"); and the Court having considered the Motion, any objections thereto and any and all arguments of counsel; and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion be and hereby is GRANTED.

2. This Chapter 7 bankruptcy case, be and hereby is, converted to Chapter 11 bankruptcy case.

3. Any chapter 7 trustee appointed in this case, be and hereby is, DISCHARGED.

4. The Debtor, be and hereby is, directed to manage its estate and business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

Dated: November 13, 2009
       New York, NY

                                    *s/James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE