RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (admitted *pro hac vice*)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
P.O. Box 1981
(973) 538-0800

-and-

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| SIGNATURE APPAREL GROUP, LLC, | Case No. 09-15378 (JMP) |
| Debtor. | |

**AFFIDAVIT OF JOSEPH LAURITA PURSUANT TO**
**SDNY LOCAL BANKRUPTCY RULE 1007-2(a)**

STATE OF CALIFORNIA    )
                                        ) ss:
COUNTY OF TEHAMA    )

Joseph Laurita, of full age, being duly sworn according to law, upon his oath, deposes and says:

1.    I am the Chairman of the above-captioned Debtor, Signature Apparel Group, LLC (the "Debtor"). I am authorized to submit this Affidavit in support of the Debtor's Chapter 11 bankruptcy case and pursuant to SDNY Local Bankruptcy Rule 1007-2(a).

A.  **The Bankruptcy Filing**

2. On September 4, 2009 (the "Petition Date"), three of the Debtor's creditors (the "Petitioning Creditors") filed an involuntary Chapter 7 bankruptcy petition against the Debtor.

3. On November 5, 2009, the Court entered an Order for Relief (the "Order for Relief"), thereby causing this case to proceed as a chapter 7 case. Thereafter, Ian Gazes was appointed chapter 7 trustee for the Debtor (the "Trustee").

4. By Order dated November 13, 2009 (the "Conversion Date"), upon motion by the Debtor, the Court converted the Debtor's chapter 7 case to a chapter 11 case.

B.  **The Debtor and the Debtor's Business**

5. The Debtor is limited liability company organized under the laws of the State of New York, with its principal place of business formerly at 1370 Broadway, 6th floor, New York, NY 10018. Currently, the Debtor is operating its business in an office on the 5th floor of 1370 Broadway.

6. My brother, Christopher Laurita, and I are the two (2) members of the Debtor, each owning a fifty-percent (50%) membership interest in the Debtor.

7. The Debtor is a privately owned multi-faceted apparel company that, prior to the Petition Date, designed, developed, manufactured, distributed and sold branded apparel worldwide pursuant to several license agreements.

8. Since the Petition Date, the Debtor has continued to sell its remaining inventory.

## INFORMATION REQUIRED BY SDNY LOCAL BANKRUPTCY RULE 1007-2(a)

9. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(1), the Debtor has set forth the nature of its business and the circumstances leading to the bankruptcy filing above in paragraphs 1 thru 7.

10. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(2), Ian Gazes was previously appointed as Trustee in this case. The Trustee's address is Gazes LLC, 32 Avenue of the Americas, New York, New York 10013.

11. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(3), no committee was organized prior to the entry of the order for relief in this case.

12. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(4), a list of the Debtor's twenty (20) largest unsecured creditors is attached hereto as Exhibit "A."

13. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(5), the Debtor's only secured creditor is CIT Group/Commercial Services, Inc., 11 West 42nd Street, New York, NY 10036, which has a secured claim against the Debtor's assets in the amount of $2,430,304.82.

14. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(6), a summary of the Debtor's assets and liabilities is attached hereto as Exhibit "B."

15. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(7), the Debtor has no stock or securities which are publicly held.

16. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(8), the Debtor's inventory is held in warehouses owned and operated by the following third-parties: (i) IDS USA, Inc., One American Way, PO Box 2398, Secaucus, New Jersey 07096 and (ii) Performance Team, 11204 Norwalk Blvd., Santa Fe Springs, California, 90670.

17. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(9), prior to the Petition Date, the Debtor leased the entire sixth floor and a thirty percent (30%) portion of the fifth floor of the property located at 1370 Broadway, New York, NY 10018. The Debtor operated its business out of this leasehold property.

18. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(10), the Debtor's substantial assets and books and records are located at its at 1370 Broadway, 5th floor, New York, NY 10018.

19. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(11), the Debtor states that on or about September 15, 2009, 1370 Owners LLC filed a Petition for Eviction against the Debtor with the Civil Court of the City of New York, County of New York. The Debtor believes that the commencement of this action was in violation of the automatic stay, and has so advised 1370 Owners LLC. The Debtor is not aware of any other pending or threatened litigation against the Debtor.

20. In accordance with SDNY Local Bankruptcy Rule 1007-2(a)(12), the Debtor's senior management is as follows:

| **Name/Title** | **Tenure** | **Responsibilities/Experience** |
|---|---|---|
| Christopher Laurita Chief Executive Officer and President | 2003 (date of inception of Debtor) - present | Responsible for overall management of Debtor, including, but not limited to sales, production and sourcing<br>Experience: 25 years experience in apparel industry |
| Joseph Laurita Chairman | 2003 (date of inception of Debtor) - present | Responsible for overall management of Debtor, including, but not limited to, sales, distribution, operations<br>Experience 32 years experience in apparel industry |

21.     In accordance with SDNY Local Bankruptcy Rule 1007(b)(1), the Debtor expects to pay weekly payroll in the amount of $15,000 for the thirty (30) days following the Conversion Date, to its employees (exclusive of insiders).

22.     In accordance with SDNY Local Bankruptcy Rule 1007(b)(2)(A), the Debtor expects to pay its officers, directors and members $0.00 for the thirty (30) days following the Conversion Date.

23.     In accordance with SDNY Local Bankruptcy Rule 1007(b)(3), a schedule detailing the Debtor's estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, for the thirty (30) day period following the Conversion Date is attached hereto as Exhibit "C."

SIGNATURE APPAREL GROUP

By: _____
Joseph Laurita
Chairman

Sworn and subscribed to before me,
this 20 day of November 2009

_____
Notary Public

3997881.3

K. SIETSEMA
COMM. #1758911
NOTARY PUBLIC • CALIFORNIA
TEHAMA COUNTY
My Comm. Expires July 27, 2011

# **EXHIBIT A**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **Signature Apparel Group, LLC**          Case No. **09-15378-JMP**
Debtor(s)          Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 1370 Owners LLC<br>PO Box 2300<br>New York, NY 10116 | 1370 Owners LLC<br>PO Box 2300<br>New York, NY 10116 | Trade debt | | 66,969.91 |
| Advanstar Communications Inc.<br>Attn: Cash Control Dept<br>131 W First St<br>Duluth, MN 55802 | Advanstar Communications Inc.<br>131 W First St<br>Duluth, MN 55802 | Trade debt | | 29,962.50 |
| American Express<br>PO Box 2855<br>NY, NY 10116-2855 | American Express<br>PO Box 2855<br>NY, NY 10116-2855 | credit card | | 75,697.62 |
| Anchin, Block & Anchin LLP<br>1375 Broadway<br>NY, NY 10018 | Anchin, Block & Anchin LLP<br>1375 Broadway<br>NY, NY 10018 | professional fees | | 49,563.00 |
| Finexpo<br>1850 NW 84 Ave<br>Suite 105<br>Doral, FL 33126 | Finexpo<br>1850 NW 84 Ave, Suite 105<br>Doral, FL 33126 | Trade debt | | 180,328.45 |
| Giftex<br>415 Country Club Rd<br>Belleair, FL 33756 | Giftex<br>415 Country Club Rd<br>Belleair, FL 33756 | Trade debt | | 49,745.89 |
| Harvestway Limited<br>410M Lippo Sun Plaza<br>Tsimshatsui, Kowloon<br>HONG KONG | Harvestway Limited<br>410M Lippo Sun Plaza<br>Tsimshatsui, Kowloon<br>HONG KONG | Trade debt | | 4,970,665.52 |
| Hitch & Trail, Inc.<br>1270 Broadway<br>Room 505<br>New York, NY 10018 | Hitch & Trail, Inc.<br>1270 Broadway<br>Room 505<br>New York, NY 10018 | Trade debt | | 3,686,580.07 |
| Iconix Brand Group, Inc.<br>1450 Broadway<br>4th Floor<br>New York, NY 10018 | Iconix Brand Group, Inc.<br>1450 Broadway<br>4th Floor<br>New York, NY 10018 | Trade debt | | 144,670.61 |
| IDS USA, Inc.<br>One American Way<br>PO Box 2398<br>Secaucus, NJ 07096 | IDS USA, Inc.<br>One American Way<br>PO Box 2398<br>Secaucus, NJ 07096 | Trade debt | | 115,514.49 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Signature Apparel Group, LLC**                                   Case No.  **09-15378-JMP**
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| IKON Financial Services<br>PO Box 41564<br>Philadelphia, PA 19101-1564 | IKON Financial Services<br>PO Box 41564<br>Philadelphia, PA 19101-1564 | Trade debt | | 34,356.72 |
| National Promotions Associates, LLC<br>1333 Broadway<br>Suite 506<br>New York, NY 10018 | National Promotions Associates, LLC<br>1333 Broadway<br>Suite 506<br>New York, NY 10018 | Trade debt | | 22,415.00 |
| Paul Davril, Inc.<br>c/o Michar, LLC<br>4567 Maywood Ave<br>Los Angeles, CA 90058 | Paul Davril, Inc.<br>c/o Michar, LLC<br>4567 Maywood Ave<br>Los Angeles, CA 90058 | Trade debt | | 345,595.17 |
| Performance Team<br>11204 Norwalk Blvd<br>Santa Fe Springs, CA 90670 | Performance Team<br>11204 Norwalk Blvd<br>Santa Fe Springs, CA 90670 | Trade debt | | 24,497.30 |
| ROC Apparel Group LLC<br>Attn: Seigrid Addison<br>1411 Broadway<br>38th Floor<br>New York, NY 10018 | Seigrid Addison<br>ROC Apparel Group LLC<br>1411 Broadway<br>New York, NY 10018 | Trade debt | | 22,649.78 |
| Spectrum Insurance Brokerage<br>511 Canal Street<br>New York, NY 10013 | Spectrum Insurance Brokerage<br>511 Canal Street<br>New York, NY 10013 | Trade debt | | 43,578.00 |
| Studio IP Holdings LLC<br>Attn: Mike Morgan<br>103 Foulk Road<br>Suite 116<br>Wilmington, DE 19803 | Mike Morgan<br>Studio IP Holdings LLC<br>103 Foulk Road<br>Wilmington, DE 19803 | Trade debt | | 4,700,000.00 |
| Talful Limited d/b/a Famous Ga<br>35-41 Tan Lin Pai Rd<br>Kwai Chung NT<br>HONG KONG | Talful Limited d/b/a Famous Ga<br>35-41 Tan Lin Pai Rd<br>Kwai Chung NT<br>HONG KONG | Trade debt | | 4,732,894.98 |
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | Trade debt | | 26,156.09 |
| US Customs Border and Border Patrol<br>301 E. Ocean Blvd.<br>Suite 1400<br>Long Beach, CA 90802 | US Customs Border and Border Patrol<br>301 E. Ocean Blvd.<br>Suite 1400<br>Long Beach, CA 90802 | Trade debt | | 402,973.54 |

# EXHIBIT B

**SIGNATURE APPAREL GROUP, LLC**
**Balance Sheet**
**(as of November 20, 2009)**

## Assets

**Current Assets**

| | | |
|---|---|---|
| Cash | $113,509 | |
| Accounts Receivable | $1,116,587 | |
| Due from factor | $17,360,208 | |
| Inventory | $5,177,089 | |
| Other Current Assets | $116,694 | |
| **Total Current Assets** | | **$23,884,086** |
| | | |
| Property & Equipment, Net | $616,133 | |
| Other Assets | $326,182 | |
| | | |
| **Total Assets** | | **$24,826,402** |

## Liabilities and Members' Equity

**Current Liabilities**

| | | |
|---|---|---|
| Accounts payable and accrued expenses | $22,258,874 | |
| Due to factor | $15,400,288 | |
| **Total Current Liabilities** | | **$37,659,161** |
| **Other Liabilities** | | |
| Deferred rent obligation | $548,801 | |
| Loans payable, members | $8,724,828 | |
| **Total Other Liabilities** | | **$9,273,629** |

**Members' Deficit**

| | | |
|---|---|---|
| Members' deficit | ($15,248,113) | |
| Advances to Members | ($34,935) | |
| Retained Earnings | ($6,823,340) | |
| **Total Members' Deficit** | | **($22,106,388)** |
| | | |
| **Total Liabilities and Members' Equity** | | **$24,826,402** |

3998429.1

# EXHIBIT C

(budget remains subject to CIT approval)

**Signature Apparel Group**
(All numbers in 000's)

| week ending -----> | 20-Nov | 27-Nov | 4-Dec | 11-Dec | 18-Dec |
|---|---|---|---|---|---|
| Opening Revolver | $ 2,437 | $ 2,482 | $ 2,735 | $ 1,861 | $ 1,011 |
| Sales | $ - | $ 150 | $ 750 | $ 500 | $ 250 |
| Total Cash Receipts: | $ - | $ - | $ 1,000 | $ 1,000 | $ 1,000 |
| **Cash Disbursements:** | | | | | |
| payroll & benefits | $ 45 | $ 10 | $ 45 | $ 10 | $ 45 |
| human resources/payroll service | | $ 11 | | | |
| rent/insurance/leases | | $ 44 | | | |
| Distribution | | $ 50 | $ 50 | $ 25 | $ 25 |
| Communication/MIS | | $ 10 | $ 10 | $ 10 | $ 10 |
| interest | | | $ 10 | | |
| Factor Commission | $ - | $ 1 | $ 4 | $ 3 | $ 1 |
| Maintenance/Repair/Supplies | | | $ 5 | | |
| Accounting/Debtor | | $ 40 | | | $ 15 |
| Legal/Debtor | | $ 75 | | $ 100 | |
| Legal/Creditors committee | | | | | $ 50 |
| Legal/Gazes | | $ 10 | | | |
| Legal/CIT | | | | | |
| Other | | $ 2 | $ 2 | $ 2 | $ 2 |
| Total Borrowings | $ 45 | $ 253 | $ 126 | $ 150 | $ 148 |
| Dilution under (over) accrual | | | | | |
| Ending Revolver | $ 2,482 | $ 2,735 | $ 1,861 | $ 1,011 | $ 160 |

3998429.1