UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: Chapter 11 Case no.
In re : 09-15378 (JMP)
:
SIGNATURE APPAREL GROUP LLC, :
:
:
Debtors. :
:
------------------------------------------------------- x

# APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Signature Apparel Group LLC:

1. Iconix Brand Group, Inc.
   1450 Broadway, Third Floor
   New York, New York 10018
   Attn: Andrew R. Tarshis
   tel: 212-730-0030

2. Talful Ltd.
   8/F, Gold King IND., Bldg
   35-41 Tai Lin Pai Road
   Kwai Chung, N.T.
   Hong Kong, China
   Attn: Michael Lam
   tel: +852 2 485-3423

3. Harvestway (China) Limited
Unit 2, 10/F, Kingsford Industrial Centre
No. 13 Wang Hoi Road
Kowloon Bay, Hong Kong, China
Attn: Gao (John) Yuan
tel: +852 2 369-0600

Dated: New York, New York
December 3, 2009

Respectfully submitted,

DIANA G. ADAMS
UNITED STATES TRUSTEE

By: */s/ Nazar Khodorovsky*
Nazar Khodorovsky
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004-2112
Tel. No. (212) 510-0500
Fax. No. (212) 668-2255