UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                          | Chapter 11              |
|---------------------------------|-------------------------|
| SIGNATURE APPAREL GROUP, LLC,   | Case No. 09-15378 (JMP) |
| Debtor.                         |                         |

**ORDER PURSUANT TO 11 U.S.C. § 105(a) AUTHORIZING
PAYMENT OF WAGES AND BENEFIT TO EMPLOYEES ACCRUED
<u>PRIOR TO ENTRY OF ORDER FOR RELIEF</u>**

Upon the motion of the above-captioned debtor and debtor in possession, Signature Apparel Group, LLC (the "Debtor"), for entry of an order, pursuant to 11 U.S.C. § 105(a), authorizing the Debtor to make payments of wages and benefits to its employees which were accrued prior to the entry of the order for relief in this case (the "Motion"); and the Court having reviewed the Motion, and it appearing that good and sufficient notice has been given and that no other or further notice is necessary; and upon consideration of the record herein, any and all arguments of counsel and any objections to the Motion; and good and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is granted to the extent provided for herein; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 105(a), the Debtor is authorized to make payments to those employees listed on Exhibit "A" hereto in the amounts listed on Exhibit "A" hereto, and it is further

**ORDERED** that nothing in this Order shall impair the ability of the Debtor or appropriate party in interest to contest any claim of any creditor pursuant to applicable law or otherwise dispute, contest, setoff, or recoup any claim, or assert any rights, claims or defenses related thereto; and it is further

**ORDERED** that notice of the Motion as provided herein shall be deemed good and sufficient notice of such Motion.

Dated: New York, New York
December 10, 2009

                _s/ James M. Peck_
                HONORABLE JAMES M. PECK
                UNITED STATES BANKRUPTCY JUDGE

## List of Current Employees of Debtor

| Employee Name | Amount Due for Period from 11/2/09 thru 11/4/09 |
|---|---|
| Amil Laarouchi | $2,855.77 |
| Dana Kopet | $980.77 |
| Elton G. Faust | $446.25 |
| Helen E. Ortiz | $519.23 |
| John Schellberg | $865.38 |
| Leonid Sapozhnik | $1,442.31 |
| Marian Nunez | $1,096.15 |
| Michael Alestra | $980.77 |
| | |
| | **Total: $9,186.63** |

# EXHIBIT "A"