RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (N.J. Bar No. JS-5525)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
P.O. Box 1981
Morristown, New Jersey 07962-1981
(973) 538-0800
-and-
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| SIGNATURE APPAREL GROUP, LLC, | Case No. 09-15378 (JMP) |
| Debtor. | |

## CERTIFICATION OF SERVICE

KEVIN J. LARNER, of full age, hereby certifies and states as follows:

1. I am an associate at the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, counsel to the Debtor, Signature Apparel Group, LLC.

2. I certify that on May 17, 2010, I caused a copy of (i) the First Amended Disclosure Statement for First Amended Liquidating Plan Proposed Jointly by the Debtor and the Official Committee of Unsecured Creditors, along with Exhibits A thru D thereto; and (ii) Ballot for Accepting or Rejecting First Amended Plan of Liquidation, to be served via First Class Mail upon all parties on the attached Service List.

3. I further Certify that on May 18, 2010, I caused a copy of (i) Notice of Deadline Requiring Filing of Proofs of Claim on or Before June 22, 2010 at 5:00 p.m. (Eastern

Time) and Proof of Claim Form B10, to be served via First Class Mail upon all parties on the attached Service List.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct to the best of my knowledge.

/s/ Kevin J. Larner
Kevin J. Larner

Dated: May 19, 2010

4043492.1

**In re: Signature Apparel Group, LLC**
**Case No. 09-15378 (JMP)**

Service List

| | |
|---|---|
| 1370 Owners LLC<br>PO Box 2300<br>New York, NY 10116 | 42 West LLC<br>220 W. 42nd Street<br>12th Floor<br>New York, NY 10036 |
| ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250 | Advanstar Communications Inc.<br>Attn: Cash Control Dept<br>131 W First Street<br>Duluth, MN 55802 |
| All Points Capital Corp.<br>PO Box 3071<br>Hicksville, NY 11802 | American Express<br>PO Box 2855<br>New York, NY 10116-2855 |
| Amil Laarouchi<br>808 Broadway, Apt. 5R<br>New York, NY 10003 | Anchin, Block & Anchin LLP<br>1375 Broadway<br>New York, NY 10018 |
| Angie Partida<br>115 Perry Street<br>New York, NY 10014 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 |
| Atom Design<br>443 New Cross Rd<br>London SE14 6TA<br>England | Blue Hill Data Services, Inc.<br>DAB Digica<br>PO Box 671623<br>Dallas, TX 75267 |
| C.H. Robinson Worldwide<br>PO Box 9121<br>Minneapolis, MN 55480 | CAF Metro<br>22 E. 41st Street<br>4th Floor<br>New York, NY 10017 |
| Champion Courier, Inc.<br>PO Box 1196<br>New York, NY 10018 | Chase Auto Finance<br>PO Box 78070<br>Phoenix, AZ 85062 |

| | |
|---|---|
| Christopher Laurita<br>PO Box 725<br>Franklin Lakes, NJ 07417 | CIT Group/Commercial Services<br>11 West 42nd Street<br>New York, NY 10036 |
| Commissioner of Taxation<br>NYS Assessment<br>PO Box 4127<br>Binghamton, NY 13902 | Corporate Coffee Systems<br>745 Summa Avenue<br>Westbury, NY 11590 |
| Cox Communications<br>PO Box 53280<br>Phoenix, AZ 85072 | Dana Kopet<br>4 East Drive<br>Carmel, NY 10512 |
| Datapower Incorporated<br>3322 Washington Road<br>Parlin, NJ 08859 | Diamond Logistics, Inc.<br>15 S. Main Street.<br>Suite 1B<br>Edison, NJ 08837 |
| DIRECTV<br>PO Box 60036<br>Los Angeles, CA 90060 | Diversified Transport Services<br>PO Box 1765<br>Long Island City, NY 11101 |
| Einbinder & Dunn LLP<br>104 W. 40th ST<br>New York, NY 10018 | Elton G. Faust<br>98-38 57th Avenue<br>Apt 12J<br>Corona, NY 11368 |
| Employment Publishing<br>175 Strafford Avenue<br>Suite 1<br>Wayne, PA 19087 | EvolveITV, LLC Interactive Agency<br>5310 Derry Avenue<br>Suite F<br>Agoura Hills, CA 91301 |
| Exxon Mobil Processing Center<br>Des Moines, IA 50361 | Fabco Inc.<br>601 Carob Street<br>Compton, CA 90220 |
| FEDEX<br>PO Box 371461<br>Pittsburgh, PA 15250 | FINEXPO<br>1850 NW 84 Avenue<br>Suite 105<br>Doral, FL 33126 |

| | |
|---|---|
| G.J. Haerer Co., Inc.<br>27 Stykertowner Rd<br>Clifton, NJ 07012 | Gale Triangle CA<br>PO Box 515176<br>Los Angeles, CA 90051 |
| Gavin Skelton<br>93C Oakhill, Woodford Green<br>London IG8-9PF<br>England | Giftex<br>415 Country Club Rd<br>Belleair, FL 33756 |
| Global Parking LLC<br>143-145 W. 40th Street<br>AC 59-669 3794<br>New York, NY 10018 | GMAC<br>Payment Processing<br>PO Box 78234<br>Phoenix, AZ 85062 |
| Graphic Dimensions Press<br>3502 Quentin Rd<br>Brooklyn, NY 11234 | Guardian<br>PO Box 530157<br>Atlanta, GA 30353 |
| Guy Hollcroft<br>250 Spring Street<br>Suite 12N100<br>Atlanta, GA 30303 | Hahn Hessen LLP<br>Attn: Joshua Divack<br>488 Madison Avenue<br>New York, NY 10022 |
| Harvestway Limited<br>410M Lippo Sun Plaza<br>Tsimshatsul, Kowloon<br>Hong Kong | Helen E. Ortiz<br>44 Spruce Street<br>Jersey City, NJ 07306 |
| Hitch & Trail, Inc.<br>1270 Broadway<br>Room 505<br>New York, NY 10018 | IBM<br>PO Box 643600<br>Pittsburgh, PA 15264 |
| ICONIX Brand Group, Inc.<br>1450 Broadway<br>4th Floor<br>New York, NY 10018 | IDS USA, Inc.<br>One American Way<br>PO Box 2398<br>Secaucus, NJ 07096 |
| IESI-NY Corporation<br>PO Box 660654<br>Dallas, TX 75266 | IKON Financial Services<br>PO Box 41564<br>Philadelphia, PA 19101-1564 |

| | |
|---|---|
| INTEREX<br>34 Hunt Road<br>Amesbury, MA 01913 | IRS<br>Central Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 |
| J.B. Hunt Transport, Inc.<br>PO Box 98545<br>Chicago, IL 60693 | Jacoby Electric Corp.<br>10-40 Borden Avenue<br>Long Island City, NY 11101 |
| Jessica Moultrie<br>296 Morris Avenue<br>Inwood, NY 11096 | John Schellberg<br>11 Egbert Avenue<br>Morristown, NJ 07960 |
| Joseph Laurita<br>104 Long Lots Road<br>Westport, CT 06880 | Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194 |
| Larson & Ruggiero Mechani<br>10 Cross Street<br>PO Box 41255<br>Staten Island, NY 10301 | Leonid Sapozhink<br>8635 21st Avenue<br>Apt #70<br>Brooklyn, NY 11214 |
| Richard Bayer, Esq.<br>Einbinder & Dunn, LLP<br>104 West 40th Street<br>New York, NY 10018 | Marian Nunez<br>314 Cindy Street<br>Old Bridge, NJ 08857 |
| Megan Murphy<br>285 W 147th Street, Apt. 41<br>New York, NY 10039 | Mercedes-Benz Financial<br>PO Box 9001680<br>Louisville, KY 40290 |
| Michael Alestra<br>15 Locust Street<br>Staten Island, NY 10309 | Millennium Technologies<br>11 High Street<br>Butler, NJ 07405 |
| Modus SRL Larry & Paolo Inc.<br>151 West 40th Street<br>5th Floor<br>New York, NY 10018 | Moshe Assis, Esq.<br>485 7th Avenue, Suite 717<br>New York, NY 10018 |

| | |
|---|---|
| Mr. Locks, Inc.<br>205 Hudson Street<br>New York, NY 10013 | Nadel & Associates, PC<br>Attn: Michael J. Ciarlo, Esq.<br>3 East 54th Street, 16th Floor<br>New York, NY 10022 |
| National Promotions, LLC<br>1333 Broadway<br>Suite 506<br>New York, NY 10018 | National Retail Transport<br>PO Box 2697<br>Secaucus, NJ 07096 |
| Neopost, Inc.<br>PO Box 45822<br>San Francisco, CA 94145 | Nessco Freight<br>11 Cindy Lane<br>Ocean, NJ 07712 |
| Noir Jolie<br>Attn: Holley Ann Cox<br>6042 S. Pioneer Way<br>Las Vegas, NV 89113 | NY State Dept of Taxation<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 |
| Olshan Grundman Frome Rosenwei<br>Attn: Michael Fox, Esq.<br>65 East 55th Street<br>New York, NY 10022 | One Ten Sales Group<br>110 E. 9th Street<br>Suite C-485<br>Los Angeles, CA 90079 |
| Pacific Logistics Corp.<br>5600 Knott Avenie<br>Buena Park, CA 90621 | Partners Executive Transport<br>44F Jerricho Turnpike<br>Mineola, NY 11501 |
| Paul Davril, Inc.<br>c/o Michar, LLC<br>4567 Maywood Avenue<br>Los Angeles, CA 90058 | Performance Team<br>11204 Norwalk Blvd<br>Santa Fe Springs, CA 90670 |
| Peters Flowers & Gift BA<br>1407 Broadway<br>New York, NY 10018 | Phsi Pure Water Finance<br>PO Box 404582<br>Atlanta, GA 30384 |
| PJT Transport, Inc.<br>90 Jacobus Avenue<br>South Kearney, NJ 07032 | Poland Spring<br>PO Box 856192<br>Louisville, KY 40285 |

| | |
|---|---|
| Private Client Group<br>New York, NY 10018 | Putnam LSG CO I LLC<br>PO Box 296<br>Lititz, PA 17543 |
| Rand Lighting Corporation<br>303 Fifth Avenue<br>3rd Floor<br>New York, NY 10016 | RCS Logistics Inc.<br>182-25 150th Avenue<br>Springfield Gardens, NY 11413 |
| Reliant Services, Inc.<br>Dust-Buster Cleaning Services<br>PO Box 1088<br>Kearney, NJ 07032 | ROC Apparel Group LLC<br>Attn: Seigrid Addison<br>1411 Broadway<br>38th Floor<br>New York, NY 10018 |
| Rudy's Limousine<br>85 Old Long Ridge Rd<br>Stamford, CT 06903 | Schenker, Inc.<br>PO Box 19571<br>Irvine, CA 92623 |
| Sedgwick Design Ltd<br>27A Elmore Street<br>LONDON N1 3AW | Spectrum Insurance Brokerage<br>511 Canal Street<br>New York, NY 10013 |
| Star Sales, Inc.<br>250 Spring Street<br>Suite 12N100<br>Atlanta, GA 30303 | Studio IP Holdings LLC<br>Attn: Mike Morgan<br>103 Foulk Road<br>Suite 116<br>Wilmington, DE 19803 |
| Talful Limited d/b/a Famous GA<br>35-41 Tan Lin Pai Rd<br>Kwai Chung NT<br>HONG KONG | Town House Specialty Clea<br>242 W. 36th Street<br>6th FLOOR<br>New York, NY 10018 |
| Transit Air Cargo, Inc.<br>2204 E. Fourth Street<br>Santa Monica, CA 92750 | Tricia Campbell<br>31 Greenridge Avenue #3G<br>White Plains, NY 10605 |
| Trimblett & Sons Exterminator<br>160 Louis Street<br>Secaucus, NJ 07096 | TTI of NY, INC.<br>150 Braodway<br>Suite 1500<br>New York, NY 10038 |

| | |
|---|---|
| Tucker & Latifi, LLP<br>Counselors at Law<br>160 E. 84th ST<br>New York, NY 10028 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 |
| US Customs Border and Border Patrol<br>301 E. Ocean Blvd.<br>Suite 1400<br>Long Beach, CA 90802 | Verizon Wireless<br>PO Box 15041<br>Worchester, MA 01615 |
| W.B. Mason Co., Inc.<br>PO Box 55840<br>Boston, MA 02205 | Wells Fargo Financial Leasing<br>PO Box 6434<br>Carol Stream, IL 60197 |
| Wildes & Weinberg P.C.<br>515 Madison Avenue<br>New York, NY 10022 | Wollworks International<br>PO Box 5092<br>Greenwich, CT 06831 |
| World Packaging Inc.<br>1000 New County Rd<br>Secaucus, NJ 07096 | Xerox Corporation<br>PO Box 827598<br>Philadelphia, PA 19182 |
| Pure Health Solutions, Inc.<br>Attn: Lori McNaughton<br>PO Box 404582<br>Atlanta, GA 30384-4582 | Susan G. Komen for the Cure<br>Attn: Jamie Worthy<br>5005 LBJ Freeway, Suite 250<br>Dallas, TX 75244 |
| Bravo Messenger Service<br>5-11 Saddle River Road<br>Fair Lawn, NJ 07410 | Music Express East, Inc.<br>PO Box 894554<br>Los Angeles, CA 90189-4554 |
| Schenker, Inc.<br>Attn: Tara Roger<br>965 Norfolk Square<br>Norfolk, VA 23502 | Andrew B. Eckstein, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0208 |
| Philip E. Klein, Esq.<br>Klein & Liss, LLP<br>470 Park Avenue South<br>New York, NY 10016 | Scott Langton<br>166 Prospect Place<br>Brooklyn, NY 11238 |

| | |
|---|---|
| PHSI Pure Water Finance<br>120 E. Lake Street #401<br>Sandpoint, ID 83864 | Gecits d/b/a IKON Financial Services<br>Bankruptcy Administration<br>P.O. Box 13708<br>Macon, GA 31208 |
| U.S. Customs and Border Protection<br>Attn: Revenue Division,<br>Bankrtupcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278 | United Parcel Service<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094 |
| ADT Security Services, Inc.<br>14200 E Exposition Avenue<br>Aurora, CO 80012 | Clerk's Office of the United<br>States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004-1400 |
| C.H. Robinson Worldwide<br>147 Charlson Road<br>Eden Prairie, MN 55347 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Key Equipment Finance Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027 | Robin Zone<br>Friedman LLP<br>1700 Broadway<br>New York, NY 10019 |
| Marc Federbush, CPA<br>Anchin, Block & Anchin LLP<br>1375 Broadway<br>New York, NY 10018 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA 50309 |
| IBM Credit LLC<br>c/o IBM Corp Bankruptcy Coordinator<br>13800 Diplomat Drive<br>Dallas, TX 75234 | FedEx Customer Information Services<br>As Assignee for FedEx Express/Ground<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., Module G, 3rd Fl.<br>Memphis, TN 38116 |