**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SIGNATURE APPAREL GROUP LLC,<br><br>Debtor. | Chapter 11<br>Case No. 09-15378 (JMP) |

## SUPPLEMENTAL DECLARATION OF ANTHONY C. LABROSCIANO

Anthony C. Labrosciano makes this declaration pursuant 28.U.S.C.§ 1746 and states as follows:

1. I am the proposed responsible person in the above-captioned case. I submit this declaration in support of my appointment as responsible person.

2. I have reviewed the parties listed on the attached exhibit A and I have no conflicts with any of those

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: June 23, 2010

                                                                                         /s/ Anthony C. Labrosciano
                                                                                           Anthony C. Labrosciano

1003595-1

EXHIBIT A

Signature Apparel LLC

Signature Clothing Merchants LLC

Pyramid Trading Inc.

CIT Group Commercial Services, Inc.

Iconix Brand Group, Inc.

IDS USA Inc.

IKON Financial Services

1370 Owners LLC

Advanstar Communications Inc.

American Express

Anchin, Block & Anchin,

Finexpo

Giftex

National Promotions Associates LLC

Paul Devril Inc.

Performance Team

ROC Apparel Group LLC

Spectrum Insurance Brokerage

Studio IP Holdings LLC

UPS

US Customs Border and Border Patrol

42 West LLC

ADT Security Services Inc.

All Points Capital Corp.

1003595-1

AT& T Mobility

Atom Design

Blue Hill Data Services Inc.

C.H. Robinson Worldwide

Caf Metro

Champion Courier Inc.

Chase Auto Finance

Corporate Coffee Systems

Cox Communications

Datapower Incorporated

Diamond Logistics, Inc.

DIRECTV

Diversified Transport Services

Einbinder & Dunn

Employment Publishing

Evolve ITV, LLC Interactive Agency

Exxon Mobil Processing Center

Fabco Inc.

FEDEX

G.J. Haerer Co., Inc.

Gale Triangle CA

Gavin Skelton

Global Parking LLC

GMAC

Graphic Dimensions Press

Guardian

Guy Hollcroft

IBM

IESI-NY Corporation

Interex

J.B. Hunt Transport Inc.

Jacoby Electric Corp.

Jessica Moultrie

Key Equipment Finance

Larson & Ruggiero Mechanics

Leonid Sapozhink

Megan Murphy

Mercedes Benz Financial

Millenium Technologies

Modus SRL Larry & Paolo Inc.

Mr. Locks Inc.

National Retail Transport

Neopost Inc.

Nessco Freight

Noir Jolie

One Ten Sales Group

Pacific Logistics Corp.

Partners Executive Transport

Paul Devril Inc.

Peters Flowers & Gift Baskets

PHSI Pure Water Finance

PJT Transport Inc.

Poland Spring

Private Client Group

Putnam LSG Co I LLC

Rand Lighting Corporation

RCS Logistics Inc.

Reliant Services Inc.

Rudy's Limousine

Schenker Inc.

Sedgwick Design Ltd

Spectrum Insurance Brokerage

Star Sales Inc.

Studio IP Holdings LLC

Town House Specialty Cleaners

Transit Air Cargo Inc.

Tricia Campbell

Trimblett & Sons Exterminator

TTI of NY Inc.

Tucker & Latifi LLP

Verizon Wireless

W.B. Mason Co. Inc.

Wells Fargo Financial Leasing

Wildes & Weinberg PC

Wollworks International

World Packaging

Xerox Corporation

Harvestway (China) Limited

Talful, Ltd d/b/a Famous Garment

Hitch & Trail, Inc.

Roc Fashions LLC

Christopher Laurita

John Laurita

1003595-1