OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Michael S. Fox, Esq.
Andrea Fischer, Esq.
212.451.2300
*Counsel to the Responsible Person*

UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SIGNATURE APPAREL GROUP LLC,<br><br>Debtor. | Chapter 11<br>Case No. 09-15378 (JMP) |

## NOTICE OF EFFECTIVE DATE OF FIRST AMENDED
## CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that by order dated July 1, 2010, the United States Bankruptcy Court for the Southern District of New York entered an order confirming the First Amended Plan of Liquidation of Signature Apparel Group LLC. (the "Plan") (docket no. 131).

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on August 5, 2010.

Dated: New York, New York
August 10, 2010

                                           OLSHAN GRUNDMAN FROME
                                           ROSENZWEIG & WOLOSKY LLP

                                       By:     /s/Andrea Fischer
                                                         Michael S. Fox
                                                         Andrea Fischer

                                                         Park Avenue Tower
                                                         65 East 55th Street
                                                         New York, NY 10022
                                                         *Counsel to the Responsible Personr*

1025220-1