**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SIGNATURE APPAREL GROUP LLC,<br><br>Debtor. | Chapter 11<br>Case No. 09-15378 (JMP) |

# ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATIONS OF OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP AND FRIEDMAN LLP FOR ALLOWANCES OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the second interim and final fee applications of Olshan Grundman Frome Rosenzweig & Wolosky LLP ("Olshan"), and Friedman LLP ("Friedman") for Allowances of Interim and Final Compensation and Reimbursement of Expenses (the "Applications") for professional services rendered and expenses incurred during the period commencing December 4, 2009 through and including June 30, 2010; and a hearing (the "Hearing") having been held before this Court on September 23, 2010, to consider the Application and due and sufficient notice thereof having been given pursuant to Rules 2002(a)(7) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and upon the record at the Hearing and sufficient cause appearing therefore; it is hereby

ORDERED, that the Olshan and Friedman Applications are granted on a final basis with regard to the fees, as set forth in Schedule "A (1)" annexed hereto, and without prejudice to a full award of the fees sought by Olshan upon further order of the Court; and it is further

ORDERED, that the Debtor is hereby authorized to pay to Olshan and Friedman the amount of fees and expenses awarded as a set forth in Schedule "A (1)" hereof, and it is further

1047180-1

ORDERED, that the interim award hereunder shall remain subject to review upon final applications by Olshan for the allowance of fees and disbursements.

                                                                                       _____
                                                                                        James M. Peck
                                                                                        United States Bankruptcy Judge

Dated: September \_\_\_, 2010

**Case No.:** 09-15378 (JMP)
**Case Name:** SIGNATURE APPAREL GROUP LLC

**CURRENT FEE PERIOD: December 4, 2009 to June 30, 2010**

| Applicant | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Olshan Grundman Frome Rosenzweig & Wolosky LLP, as Counsel to the Official Unsecured Committee of Creditors | April 30, 2010 Document No. 102 | $109,900.75 | $109,900.75[1] | $689.33 | $689.33 |
| Friedman LLP, as Accountants to the Official Unsecured Committee of Creditors | April 30, 2010 Document No. 103 | $101,638.00 | $101,638.00[2] | $743.61 | $743.61 |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP, as Counsel to the Official Unsecured Committee of Creditors | August 16, 2010 Document No. 140 | $55,118.00 | $ | $637.11 | $ |
| Friedman LLP, as Accountants to the Official Unsecured Committee of Creditors | August 16, 2010 Document No. 141 | $110,888.00 | $ | $743.61 | $ |
| **TOTAL** | | $533,465.25 | $332,153.60 | $6,224.47 | $4,843.75 |

---

1 Although Olshan was awarded $109,900.75, $21,980.15 of that amount was subject to a holdback, and thus, Olshan was paid $88,609.63 on an interim basis.
2 Although Friedman was awarded $101,638.00, $20,327.60 of that amount was subject to a holdback, and thus, Friedman was paid $82,054.01 on an interim basis.

SCHEDULE A(1)　　　　　　　　　　DATE: _____　　　　　　　　　　INITIALS: _____ USBJ

1047180-1