**OLSHAN FROME WOLOSKY LLP**
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2200
Michael S. Fox, Esq.
Jonathan T. Koevary, Esq.

*Counsel to the Responsible Person*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SIGNATURE APPAREL GROUP LLC, | Case No. 09-15378 (JMP) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Andrew M. Scott, am not party to this action and am over the age of 18, and certify under penalty of perjury that on September 29, 2015, I caused true copies of the ***Notice of Presentment and Motion Of The Responsible Person For Entry Of An Order Pursuant To Local Bankruptcy Rule 9006-2 Extending The Time To File Objections To Claims***, to be served by First Class Mail service upon the below listed parties.

*/s/ Andrew M. Scott*
Andrew M. Scott

3420729-1

## SERVICE LIST

Joshua Ian Divack
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Counsel for The CIT Group/
Commercial Services, Inc.

Andrew B. Eckstein
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
Counsel for Iconix Brand Group, Inc.

Debra S. Verstandig
Reed Smith LLP
559 Lexington Avenue
New York, NY 10022
Counsel for GE Capital Information
Technology
Solutions, Inc. d/b/a IKON Financial
Services

Harvestway (China) Limited
c/o Harvest Way Limited
Block C, 11/F, Gee Lok Ind. Bldg.
34 Hung To Road
Kowloon, Hong Kong

Hitch & Trail, Inc.
1270 Broadway, Suite 505 or 1107
New York, NY 10001

Talful Ltd. dba Famous GA
8/F, Gold King IND., Bldg
35-41 TaI Lin Pai Road
Kwai Chung, N.T.
Hong Kong
China

Anthony C. Labrosciano, as
Responsible Person
165 Central Avenue
Hasbrouck Heights, NJ 07604

Paul C. Gunther
Salans
620 5th Avenue
New York, NY 10022
Counsel for IDS USA Inc.

Nazar Khodorovsky
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Kevin J. Larner
Joseph L. Schwartz
Riker Danzig Scherer Hyland
& Perretti LLP
1 Speedwell Avenue
Morristown, NJ 07962
Counsel for Signature Apparel Group LLC

Riker Danzig Scherer Hyland
& Perretti LLP
500 Fifth Avenue
New York, NY 10110-0002

Marilyn Simon
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, NY 10018
Counsel for Daihwa (Asia) Ltd. and
Giftex Corporation Ltd.

1370 Owners LLC
Po Box 2300
New York, NY 10116

42 West LLC
220 W. 42nd St, 12th Floor
New York, NY 10036

ADT Security Services Inc.
14200 E Exposition Avenue
Aurora, CO 80012

3420729-1

All Points Capital Corp.
Po Box 3071
Hicksville, NY 11802

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amil Laarouchi
808 Broadway, Apt. 5R
New York, NY 10003

Anchin, Block & Anchin LLP
1375 Broadway
New York, NY 10018

Angela Partida
115 Perry Street, #1C
New York, NY 10014

AT&T Mobility
Po Box 6463
Carol Stream, IL 60197

Atom Design
443 New Cross Rd
London SE14 6TA
England

Avalon Risk Management
Agent of Lincoln General
Insurance Company (LGIC)
150 North West Point Blvd, 4TH Floor
Elk Grove Village, IL 60007


Blue Hill Data Services, Inc.
PO Box 1614
Pearl River, NY 10965

C.H. Robinson Worldwide
14701 Charlson Road
Eden Prairie, MN 55347

Cafe Metro
22 East 41st Street, 4th Floor
New York, NY 10017

Champion Courier, Inc.
Po Box 1196
New York, NY 10018-0016

Chase Auto Finance
Po Box 78070
Phoenix, AZ 85062

Andrew J. Pincus
Seidman & Pincus, LLC
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604
Counsel for Christopher and Jacqueline
Laurita

Cit Group/Commercial Services
11 West 42nd Street
New York, NY 10036
Attn: Mr. Mark Forchheimer

Commissioner of Taxation
NYS Assessment
PO BOX 4127
Binghamton, NY 13902

Corporate Coffee Systems
745 Summa Ave
Westbury, NY 11590

Cox Communications
29947 Avenida De Las Banderas
Rancho Santa Margarita, CA 92688
Attn Bankruptcy Dept.

(Asia) Ltd., Assiu Sun
37H, Tower 5, Tierra Verde 33
Tsing King Road, Tsing
YI, N.T. Hong Kong

3420729-1

Dana Kopet
4 East Drive
Carmel, NY 10512

Datapower Incorporated
3322 Washington Rd
Parlin, NJ 08859

Diamond Logistics, Inc.
148 Doughty Blvd, Suite #304
Inwood, NY 11096

Directv
Po Box 60036
Los Angeles, CA 90060

Diversified Transport Services
Po Box 1765
Long Island City, NY 11101

Einbinder & Dunn LLP
104 W. 40th St
New York, NY 10018

Elton G. Faust
98-38 57th Avenue, Apt 12J
Corona, NY 11368

Employment Publishing
175 Strafford Ave, Suite 1
Wayne, PA 19087

Evolve ITV, LLC Interactive Agency
5310 Derry Ave, Suite F
Agoura Hills, CA 91301

Exxon Mobil
Processing Center
Des Moines, IA 50361

Fabco Inc.
14141 Alondra Blvd
Santa Fe Springs, CA 90670

Fedex
PO Box 371461
Pittsburgh, PA 15250-7461

Fedex Customer Information Services
As Assignee of FedEx
Express/FedExGround
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116

Finexpo
1850 NW 84 Ave, Suite 105
Doral, FL 33126

G.J. Haerer Co., Inc.
372 Ridgewood Avenue
Glen Ridge, NJ 07028

Gale Triangle CA
Po Box 515176
Los Angeles, CA 90051

Gavin Skelton
93C Oakhill, Woodford Green
London IG8-9PF
England

Giftex Corp
c/o George Kucin
415 Country Club Road
Belleair, FL 33756

Global Parking LLC
143-145 W. 40th St
AC 59-669 3794
New York, NY 10018

GMAC
Payment Processing
Po Box 78234
Phoenix, AZ 85062

Graphic Dimensions Press
3502 Quentin Rd
Brooklyn, NY 11234

3420729-1

Guardian
Po Box 530157
Atlanta, GA 30353

Joshua Divack
Hahn Hessen LLP
488 Madison Ave.
New York, NY 10022

Helen E. Ortiz
44 Spruce Street
Jersey City, NJ 07306

Ian J. Gazes
Gazes LLC
151 Hudson St
New York, NY 10013

IBM Credit LLC
c/o IBM Corp Bankruptcy Coordinator
13800 Diplomat DR
Dallas, TX 75234

Iconix Brand Group, Inc.
1450 Broadway, 4th Floor
New York, NY 10018

IDS USA, Inc.
One American Way
Po Box 2398
Secaucus, NJ 07096

IESI-NY Corporation
Po Box 660654
Dallas, TX 75266

IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Ikon Financial Services
Po Box 41564
Philadelphia, PA 19101-1564

IRS
Central Insolvency Operations
Po Box 7346
Philadelphia, PA 11096-2016

J.B. Hunt Transport, Inc.
Po Box 98545
Chicago, IL 60693

Jacoby Electric Corp.
10-40 Borden Ave
Long Island City, NY 11101

Jessica Moultrie
88 Morgan St, #203
Jersey City, NJ 07302-1476

John Schellberg
11 Egbert Avenue
Morristown, NJ 07960-3705

Tracy L. Klestadt
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
Counsel for Joseph and Adeline Laurita

Key Equipment Finance Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027

Larson & Ruggiero Mechanical
10 Cross Street
Po Box 41255
Staten Island, NY 10301

Leonid Sapozhnik
8635 21 St. Avenue, Apt. 70
Brooklyn, NY 11214

Marian Nunez
314 Cindy Street
Old Bridge, NJ 08857

3420729-1

Megan Murphy
285 W 147th St., Apt. 41
New York, NY 10039

Mercedes-Benz Financial
Po Box 9001680
Louisville, KY 40290

Michael Alestra
15 Locust Street
Staten Island, NY 10309

Michael Kors, LLC
11 West 42nd Street
New York, NY 10036

Millennium Technologies
11 High Street
Butler, NJ 07405

Modus Srl Larry & Paolo Inc.
151 West 40th St, 5th Floor
New York, NY 10018

Moshe Assis, Esq.
485 7th Avenue, Suite 717
New York, NY 10018

Mr. Locks, Inc.
205 Hudson Street
New York, NY 10013

Music Express East, Inc.
475 Boulevard
Elmwood Park, NJ 07407

Michael J. Ciarlo, Esq.
Nadel & Associates, PC
3 East 54th Street, 16th Floor
New York, NY 10022

National Promotions Associates, LLC
1333 Broadway, Suite 506
New York, NY 10018

National Retail Transport
PO Box 2697
Secaucus, NJ 07096

Neopost Inc.
Po Box 45822
San Francisco, CA 94145

Holley Ann Cox
Noir Jolie
6042 S. Pioneer Way
Las Vegas, NV 89113

NY State Dept of Taxation
Bankruptcy Section
Po Box 5300
Albany, NY 12205-0300

NYC Department of Finance
345 Adam Street - 3rd Floor
Brooklyn, NY 11201-3719
Attn: Saul Fishman

NYC Dept. Of Finance
Audit Division
345 Adams Street, 5th Floor
Brooklyn, NY 11201
Attn: Bankruptcy Unit, Yehuda Miller

One Ten Sales Group
110 E. 9th St, Suite C-485
Los Angeles, CA 90079

Pacific Logistics Corp.
7255 Rosemead Blvd
Pico Rivera, CA 90660-4047

Partners Executive Transport
1902 Whitestone Expy, Ste 200
Whitestone, NY 11357-3099

Paul Davril, Inc.
c/o Michar, LLC
4567 Maywood Ave
Los Angeles, CA 90058

3420729-1

Performance Team
11204 Norwalk Blvd
Santa Fe Springs, CA 90670

Peters Flowers & Gift BA
1407 Broadway
New York, NY 10018

Marilyn Simon
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, NY 10018
Counsel to Giftex Corporation Ltd.
and Daihwa (Asia) Ltd.

PHSI Pure Water Finance
c/o Pure Health Solutions, Inc.
950 Corporate Woods Parkway
Vernon Hills, IL 60061

PJT Transport, Inc.
90 Jacobus Ave
South Kearney, NJ 07032

Poland Spring
Po Box 856192
Louisville, KY 40285

Putnam Leasing Company I, LLC
c/o Kenneth L. Small, Esq.
317 Madison Avenue - Suite 405
New York, NY 10017

Putnam LSG CO I LLC
Po Box 296
Lititz, PA 17543

Rand Lighting Corporation
1257 Cedar Swamp Rd
Glen Head, NY 11545-2111

Reliant Services, Inc.
Dust-Buster Cleaning Services
Po Box 1088
Kearney, NJ 07032

ROC Apparel Group LLC
Attn: Seigrid Addison
1411 Broadway, 38th Floor
New York, NY 10018

Rudy's Limousine
85 Old Long Ridge Rd
Stamford, CT 06903

Schenker, Inc.
1305 Executive Blvd, Suite 200
Chesapeake, VA 23320
Attn: Carline Dewey

Scott Langton
166 Prospect Place
Brooklyn, NY 11238

Sedgwick Design Ltd
27A Elmore Street
London N1 3AW

Studio IP Holdings LLC
Attn: Mike Morgan
103 Foulk Road, Suite 116
Wilmington, DE 19803

Studio IP Holdings LLC
c/o Iconix Brand Group, Inc.
1450 Broadway, 3rd Floor
New York, NY 10018

The CIT Group/Commercial Services, Inc.
11 West 42nd Street
New York, NY 10036
Attention: Mr. Mark Forchheimer

The Susan G. Komen Breast Cancer
Foundation
d/b/a Susan G. Komen For The Cure
5005 LBJ Fwy. Ste 250
Dallas, TX 75244

3420729-1

Town House Specialty Cleaning Co.
242 W. 36th St, 6th Floor
New York, NY 10018

Transit Air Cargo, Inc.
2204 E. Forth St
Santa Monica, CA 92750

Tricia Campbell
31 Greenridge Ave, #3G
White Plains, NY 10605

Trimblett & Sons Exterminator
160 Louis Street
Secaucus, NJ 07096

Trudy Alston
908 Gray St.
Burlington, NC 27217-1624

TTI OF NY INC.
150 Broadway, Ste 1502
New York, NY 10038

Tucker & Latifi, LLP
Counsellors At Law
160 E. 84th St
New York, NY 10028

U.S. Customs and Border Protection
Attn: Revenue Division, Bankruptcy Team
6650 Telecom Dr., Suite 100
Indianapolis, IN 46278

US Customs Border And Border Patrol
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802

Verizon Wireless
c/o Verizon Legal Compliance
Custodian of Record
TXD01613

P.O. Box 1001
San Angelo, TX 76902

W.B. Mason Co., Inc.
Po Box 55840
Boston, MA 02205

Wells Fargo Financial Leasing
Po Box 6434
Carol Stream, IL 60197

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA 50309

Wildes & Weinberg, P.C.
Attn: Roxanne Levine, Esq.
515 Madison Avenue, 6th Floor
New York, NY 10022

Wollworks International
Po Box 5092
Greenwich, CT 06831

World Packaging Inc.
76 Passaic Street
Wood Ridge, NJ 07075-1004

Xerox Corporation
Po Box 827598
Philadelphia, PA 19182

Yellow Book Sales & Distribution Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094

YMI Jeanswear, LLC
530 7th Avenue
New York, NY 10018

3420729-1